# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **D.B., By & Through Next Friend SHASHONA BECTON,** § § § § | | |
| Plaintiff, § | | |
| v. § | **CASE NO. 4:16-CV-965-ALM-KPJ (LEAD)** | |
| **CITY OF MCKINNEY, TX, ET AL.,** § § § | | |
| Defendants. § | | |
| **ZACH TWA, ET AL.,** § § | | |
| Plaintiffs, § | | |
| v. § | **CASE NO. 4:17-CV-382-ALM-KPJ** | |
| **DAVID ERIC CASEBOLT, ET AL.,** § § | | |
| Defendants. § | | |
| **DANA BAKARI, ET AL.,** § § | | |
| Plaintiffs, § | | |
| v. § | **CASE NO. 4:17-CV-392-ALM-KPJ** | |
| **DAVID ERIC CASEBOLT, ET AL.,** § § | | |
| Defendants. § | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 15, 2017, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations (s*ee* Dkt. #107) that Defendant Keith Davis's ("Davis") Motion for Summary Judgment (Dkt. #101) be granted, and

the claims asserted against him by Plaintiffs J.K.B. and D.A.B. by and through Next Friend, Dana Bakari; D.B., By and Through Next Friend, Shashona Becton; and L.M.M., By and Through Next Friend, Yolondra McKever (collectively, "Plaintiffs") be dismissed in their entirety.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Davis's Motion for Summary Judgment Motion (Dkt. #101) is **GRANTED**, and all claims asserted by Plaintiffs against Defendant Davis are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs.

**IT IS SO ORDERED**.
**SIGNED this 8th day of January, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE