# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| D.B., BY AND THROUGH NEXT FRIEND, SHASHONA BECTON; | § § § § § § § § | |
| | | CIVIL ACTION NO. 4:16-CV-00965 |
| v. | | JUDGE MAZZANT/JUDGE JOHNSON |
| THE CITY OF MCKINNEY, TEXAS, ET AL., | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On January 18, 2018, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations (s*ee* Dkt. #114) that Defendants Keith Davis ("Davis"), Capital Consultants Management Corporation ("CCMC"), and Craig Ranch Community Association's ("CRCA") (collectively, "Defendants") Unopposed Motion for Entry of Final Judgment Pursuant to Rule 54(b) (Dkt. #111) should be granted.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, there is no just reason for delay in the entry of a separate final judgment with respect to Defendants Davis, CCMC, and CCRA, these Defendants having been dismissed with prejudice by this Court's Orders of January 8, 2018. *See* Dkts. #109, #110.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that Defendants Davis, CCMC. and CCRA's Unopposed Motion for Entry of Final Judgment Pursuant to Rule 54(b) (Dkt. #111) is **GRANTED**.

A final judgment is entered as to these Defendants <u>only</u>, and Plaintiffs shall take nothing from their claims against Defendants Davis, CCMC, and CCRA .

**IT IS SO ORDERED.**

SIGNED this 7th day of May, 2018.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE