# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | | |
|---|---|---|
| **D.B., By & Through Next Friend SHASHONA BECTON,** § § § § | | |
| **Plaintiff,** § | | |
| v. § | **CASE NO. 4:16-CV-965-ALM-KPJ (LEAD)** | |
| § | | |
| **CITY OF MCKINNEY, TX, ET AL.,** § § | | |
| **Defendants.** § | | |
| § | | |
| **ZACH TWA, ET AL.,** § § | | |
| **Plaintiffs,** § | | |
| v. § | **CASE NO. 4:17-CV-382-ALM-KPJ** | |
| § | | |
| **DAVID ERIC CASEBOLT, ET AL.,** § § | | |
| **Defendants.** § | | |
| § | | |
| **DANA BAKARI, ET AL.,** § § | | |
| **Plaintiffs,** § | | |
| v. § | **CASE NO. 4:17-CV-392-ALM-KPJ** | |
| § | | |
| **DAVID ERIC CASEBOLT, ET AL.,** § § | | |
| **Defendants.** § | | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF <u>UNITED STATES MAGISTRATE JUDGE</u>

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On June 22, 2018, the report of the Magistrate Judge was entered (Dkt. #125) containing proposed findings of fact and recommendations that all claims between Adult Plaintiffs Dajerria Becton (formerly identified as D.B., a minor child) and D.B.'s former next friend Shashona Becton, Zach Twa (Twagirayesu), Trey Twa (Twagirayesu) (formerly identified as

T.S.T., a minor child) and T.S.T.'s former next friend Mwaka Twagirayesu, Andrew Kimani, Dajah Asatira Bakari (formerly identified as D.A.B., a minor child) and former next friend Dana Bakari, and Ladariene Michelle McKever (formerly identified as L.M.M., a minor child) and former next friend Yolondra McKever (collectively, the "Adult Plaintiffs") and Defendants David Eric Casebolt's ("Casebolt") and City of McKinney (the "City") (collectively, "Defendants") be dismissed with prejudice pursuant to the parties' Partially Agreed and Partially Unopposed Motion to Dismiss (Dkt. #123).

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the Partially Agreed and Partially Unopposed Motion to Dismiss (Dkt. #123) is **GRANTED**, and all of the claims asserted by the Adult Plaintiffs against Defendants are **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs.

It is further **ORDERED, ADJUDGED, AND DECREED** that Defendant Casebolt's Motion to Dismiss (Dkt. #89) is **DENIED AS MOOT**. Minor Plaintiff J.K.B.'s claims shall remain pending at this time.

**IT IS SO ORDERED**.
 **SIGNED** this 17th day of July, 2018.

*[signature]*
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE